UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE J HALL,

                Plaintiff,                        Case Number 12-10865
                                                  Honorable David M. Lawson
v.                                                     Magistrate Judge David R. Grand

71-A DISTRICT COURT and LAURA BARNARD,

                Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

Presently before the Court is the report issued on March 15, 2012 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the plaintiff's complaint *sua sponte*. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. #23] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED**.

> s/David M. Lawson
> DAVID M. LAWSON
> United States District Judge

Dated: April 3, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 3, 2012.

> s/Deborah R. Tofil
> DEBORAH R. TOFIL